AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas

MAR 1 4 2014

David J. Bradley, Clerk

United States of America
v.

Armando Garza FLORES
YOB: 1991
POB: United States

Defendant(s)

Case No. M-14-0506-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 3/13/2014 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Knowingly and intentionally possess with intent to distribute approximately 141.9 kilograms of marijuana, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

On March 13, 2014, at approximately 7:15 pm, Border Patrol Agents observed a vehicle near the levee area in Pharr, Texas. Agents then observed the vehicle, a dark colored Dodge Neon, turn westbound onto a dirt road north of the levee.

(See Attachment I)

☑ Continued on the attached sheet.

Approved by AUSA L. Requenez

Complainant's signature

James P. Burke, Special Agent DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: March 14, 2014 8:45 am

Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge
Printed name and title

Peter E Ormsby

Attachment I

Border Patrol Agents then observed the vehicle turn north on McColl Road towards Military Highway. A Border Patrol Agent traveling eastbound on Military Highway observed several bundles of what appeared to be narcotics in the vehicle. The Border Patrol Agent attempted to conduct a traffic stop on Jackson Road, north of Military Highway, but the driver failed to yield and continued northbound on Jackson Road. The driver then attempted to turn east on Highline Road, but lost control and crashed into a stationary tractor trailer. The driver, later identified as Armando FLORES, attempted to flee the scene but was quickly apprehended a few feet from the vehicle. A search of the vehicle revealed five bundles of marijuana wrapped in brown cellophane tape. Border Patrol Agents ran a registration check on the vehicle which revealed that it was stolen. Armando FLORES was transported to the Weslaco Border Patrol Station for processing.

Upon arriving at the Weslaco Border Patrol Station, Border Patrol Agents weighed the contraband and determined that the five bundles of marijuana weighed a total of 141.9 Kilograms (312.85 pounds) with an estimated value of $250,280.

DEA Special James P. Burke, as witnessed by DEA TFO Michael Burner, read Armando FLORES his Miranda Rights at the Weslaco Border Patrol Station. Armando FLORES agreed to speak to Agents without an attorney present. FLORES stated that his friend "Pedro" had given him the vehicle to use to transport the marijuana. FLORES stated that this was the first time he had attempted to smuggle marijuana in the United States. FLORES stated he was to be paid $400.00 after delivering the marijuana.